Florence Harris
1435 Imperial Ave #303
San Diego, CA 92101

Telephone: 616-372-5086

In Per Pro

FILED

MAY 11 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE HARRIS, an individual; JAQORI HARRIS and JAZAY HARRIS, as minors by and through their mother and Guardian FLORENCE HARRIS,<br><br>Claimant,<br><br>v.<br><br>COUNTY OF SAN DIEGO; SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY; POLINSKY CHILDRENS CENTER; RADY CHILDREN'S HOSPITAL; DR. WENDY WRIGHT; NATASHA HALL, social worker and DOES 1 through 20<br><br>Defendants. | CASE NO.   **'18 CV0924 BTM JLB**<br><br>**COMPLAINT FOR CIVIL RIGHTS** |

Plaintiffs are Florence Harris, her son Jazay Harris, and Jaqori Harris.

Defendants are the County of San Diego, the San Diego Health and Human Service Agency, Polinsky Childrens's Center, Rady Children's Hospital (collectively the County) and two individuals employed or contracted by the Agency, Polinsky, and Children's Hospital; Dr. Wendy Wright,

1 Florence Harris
1435 Imperial Ave #303
2 San Diego, CA 92101

3 Telephone:  616-372-5086

4 In Per Pro

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10

FLORENCE HARRIS, an individual;  | CASE NO.
11 JAQORI HARRIS and JAZAY
HARRIS, as minors by and through | **COMPLAINT FOR CIVIL RIGHTS**
12 their mother and Guardian
FLORENCE HARRIS,
13
              Claimant,
14
       v.
15
COUNTY OF SAN DIEGO; SAN
16 DIEGO HEALTH AND HUMAN
SERVICES AGENCY; POLINSKY
17 CHILDRENS CENTER; RADY
CHILDREN'S HOSPITAL; DR.
18 WENDY WRIGHT; NATASHA
HALL, social worker and DOES 1
19 through 20

20              Defendants.

21

22

23       Plaintiffs are Florence Harris, her son Jazay Harris, and Jaqori Harris.

24       Defendants are the County of San Diego, the San Diego Health and
25
Human Service Agency, Polinsky Childrens's Center, Rady Children's
26
27 Hospital (collectively the County) and two individuals employed or contracted

28 by the Agency, Polinsky, and Children's Hospital; Dr. Wendy Wright,

                                    1

Natasha Hall, social worker (collectively individual Defendants).

Plaintiffs filed this lawsuit after Jazay and Jaqori Harris were removed from school campus and unlawfully detained, interviewed and subjected to a highly invasive medical examination, which included a urine test and examination of their genitalia, without warrant, parental consent or notice to Florence Harris. Defendants performed the unconstitutional medical exam pursuant to the County's policy that does not provide notice to the parents and excludes them from being present at the medical examination to comfort the children. Plaintiffs contend Defendants' conduct in the unwarranted removal, and the unlawfully continual detention of the children, and conducting interviews and medical exams violated their Fourth Amendment and Fourteenth Constitutional rights and are suing under 42 U.S.C. §1983.

Plaintiffs also allege a number of state-law causes of actions.

## BACKGROUND

On May 17, 2011, Jazay an Jaqori Harris who are twin eight-year-old boys were removed from the campus of their elementary school and transported to Polinsky Children's Center. The San Diego Police took the boys into custody after responding to a call from an elementary school counselor who called in a child abuse report. San Diego Police interviewed and examined Jaqori Harris who has no visible injuries under his underwear until coming across a two-year-old scar on his right upper thigh he sustained

while visiting with his Godmother one weekend. The Police officer took photos of Jaqori Harris under his clothing without a warrant after interviewing and examining him he transported both boys to Polinsky Children's Center. After taking the Children to Polinsky the Police met with the mother at Police Headquarters in downtown San Diego, The Police after interviewing the mother Florence Harris dropped their case and never brought any formal charges against the mother. Polinsky children's Center and the Health and Human Services Agency Child Welfare Services now are unlawfully detaining Jazay and Jaqori Harris in their custody without a warrant or parental consent. The Agency and Polinsky started an investigation against Florence Harris with her two children already abandoned to their custody without warrants, parental consent or without proving that the mother was an imminent threat to her children as the law requires. Both children were given extensive 22 item full body examinations by the Polinsky children's center staff and by Dr. Wendy Wright "a child abuse specialist" that included examinations of the children's genitalia and rectum. These examinations were performed with the express intent to obtain evidence against the mother while deliberately denying her access to her children without due process of the law which Fourteenth Amendment protects against.

740W.101.671415.1

Polinsky Children's Center, and the Agency, along with Dr. Wendy Wright and the social worker Natasha Hall failed to establish that at the moment they accepted custody of Jazay and Jaqori Harris and began to detain them that their intrusion of the mother's right was necessary to avert injury to her children. The mother contends that the diagnosis of Dr. Wendy Wright stating that the two-year-old scar on her son's hip is an "inflicted injury typical of a belt" mark was an inattentional misdiagnosis in order to give the Agency physical evidence they need to detain her children and deny her access to them. As in other past cases Dr. Wendy Wright's diagnosis was used against parents to remove their children. Case NO 3:12-CV-1665 (BGS) is another case where marks on a child were called "intentional" and lead to the warrantless removal of a child which a Federal judge disagreed. The mother contends that when Polinsky Children's Center performed examination of her children that they were non-consensual invasions of her and her children's privacy. The mother and her children were also denied access to one another while the children went through the traumatic medical procedures performed by Polinsky's staff and Dr. Wendy Wright. The mother was sustained as a child abuser by the court because of the misdiagnosis of Dr. Wendy Wright and the perjury testimony of the social worker Natasha Hall who was asked "if the child still has the mark?" she said "no". That was a lie. The mother contends that the mark in question was an abrasion from a

740W.101.671415.1

1  skateboarding accident while he was away from home. This mark will be

2  nothing more than an old scar tissue on his body for the rest of his life.

3

4
   DATED: 5-11-18

5                                      BY:
                                          FLORENCE HARRIS

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

740W.101.671415.1